**SEALED**

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2018-2
SEPTEMBER 25, 2018 SESSION



FILED
SEP 2 6 2018
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

**UNITED STATES OF AMERICA**

v.   CRIMINAL NO. 2:18-00215
     18 U.S.C. § 922(g)(1)
     18 U.S.C. § 924(a)(2)

**JAY JAMES FIELDS**

## I N D I C T M E N T

The Grand Jury Charges:

1. On or about November 3, 2017, at or near Man, Logan County, West Virginia, and within the Southern District of West Virginia, defendant JAY JAMES FIELDS did knowingly possess a firearm, that is, a Hi-Point, Model JHP, .45 caliber, and ammunition in and affecting interstate commerce.

2. At the time defendant JAY JAMES FIELDS possessed the aforesaid firearm, he had been convicted of a crime punishable by a term of imprisonment exceeding one year, as defined in 18 U.S.C. § 921(a)(20), that is, convicted on or about June 2, 2004, in the Circuit Court of Mingo County, West Virginia, of entry of building other than a dwelling in violation of West Virginia Code § 61-3-12.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

Case 2:18-cr-00215 Document 1 Filed 09/26/18 Page 2 of 3 PageID #: 2

**FORFEITURE**

In accordance with 28 U.S.C. § 2461(c), 18 U.S.C. § 924(d)(1), and Rule 32.2(a) of the Federal Rules of Criminal Procedure, and premised upon the conviction of defendant JAY JAMES FIELDS of a violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2) as set forth in this Indictment, defendant JAY JAMES FIELDS shall forfeit to the United States any firearm involved in or used in such a firearms offense, including, but not limited to, the Hi-Point, Model JHP, .45 caliber, bearing the serial number X4306001, and ammunition seized by police on or about November 3, 2017.

MICHAEL B. STUART
United States Attorney

By: _____
CHRISTOPHER R. ARTHUR
Assistant United States Attorney