

# Logan County Sheriff's Department

300
Stratton St # 209
Logan WV, 25601
304-792-8590

Name: **FIELDS, JAY JAMES**

| Person Info. | | | |
|---|---|---|---|
| S.S.N.: ▓▓▓▓ | Ethinicity: | Complexion: | Facial Hair: |
| Age: **35** | Height: **5-04** | Appearance: | Hair Type: |
| D. O. B.: **6/24/1982** | Weight: **150** | Build: | Hair Length: |
| Gender: **M** | Place of Birth: | Glasses: | Hair Style: |
| Deceased?: **No** | DNA Stored Location: | Eye Color: **BLUE** | Hair Color: |
| Race: **WHITE** | Fingerprint Classification: | | |

| Addresses |
|---|
| HOME    ☑ Current |
| HC 72 BOX 218B, GILBERT WV 25621 |

## Person Photos



Jay fields.png

| License Info. | | | | |
|---|---|---|---|---|
| DRIVING | | | | |
| State | License # | Restrictions | Expiration | Created Info. |
| WV | F111782 | | | - LILLY, ZACHARY - 02/23/2018 00:11 |
| Class | | | | |

| Person Associations | | |
|---|---|---|
| Associate Name | Associate Role | Created Info. |
| LILLY, ZACHARY T | STRANGER | FILE CLERK - MARCUM, PAM - 2017-12-20 10:27:23.681( |

| Officer Safety | |
|---|---|
| Safety Information | Created Info. |
| Armed and Dangerous | - LILLY, ZACHARY - 02/23/2018 00:11 |
| Escape Risk | - LILLY, ZACHARY - 02/23/2018 00:11 |
| Known to Abuse Drugs | - LILLY, ZACHARY - 02/23/2018 00:11 |

**Exhibit B**

CONFIDENTIAL

# Logan County Sheriff's Department

300
Stratton St # 209
Logan WV, 25601
304-792-8590

Name: FIELDS, JAY JAMES

| Priors |
|---|
| Cases |

### SUSPECT

| Case #: | 17-1104-124-002 | Call Type: | | Date Reported: | 11/3/2017 15:00 | Confidential?: | F |
|---|---|---|---|---|---|---|---|

Disposition;

Court Disposition;

### Crimes

| Code Section | 60A-4-401(c) |
|---|---|
| Description: | DRUGS-POSS OF CONTROLLED SUBSTANCE |

| Code Section | 61-7-11 |
|---|---|
| Description: | WEAPON-BRANDISHING |

| Code Section | 61-7-7 |
|---|---|
| Description: | WEAPON-POSSESSION BY PROHIBITED PERSON |

| Code Section | 61-5-17(d) |
|---|---|
| Description: | FLEEING-POLICE OFFICER-OTHER THAN VEHICLE |

ORI #: WV0230000

Report Type: Master Name Index Report

Logan County Sheriff's Department

Name: FIELDS, JAY JAMES

300
Stratton St # 209
Logan WV, 25601
304-792-8590

DISCLAIMER: FOR LAW ENFORCEMENT USE ONLY. NOT TO BE USED AS PROBABLE CAUSE. The originating agency of this report takes every effort possible to verify information contained in this database. However, when dealing with numerous agencies and confidential informants, complete accuracy may not by 100% reliable.

# Logan County Sheriff's Department

300
Stratton St # 209
Logan WV, 25601
304-792-8590



Case Number: 17-1104-124-002

ORI #: WV0230000

---

Location of Occurrence

Day / Date / Time ( Reported )
Friday, November 3, 2017 03:00 PM

Day / Date ( of Occurrence )
Friday, November 3, 2017 03:00 PM

To: Friday, November 3, 2017 07:00 PM

Case Status: OPEN

Highest Ranked Crime: 60A-4-401(c) DRUGS-POSS OF CONTROLLED SUBSTANCE

Follow up ?:

☐ Yes
☐ No

Copies To:

☐ Folder
☐ Detective
☐ Juv. Prob.
☐ D. A.
☐ Other: _____

---

## VICTIM

1 | Organization Name
STATE OF WV
Victim of : 1: 61-7-7 WEAPON-POSSESSION  BY PROHIBITED PERSON
2: 60A-4-401(c) DRUGS-POSS OF CONTROLLED SUBSTANCE

2 | Name - ( Last, First, Middle )
LILLY, ZACHARY T [ - ]
Victim of : 1: 61-7-11 WEAPON-BRANDISHING
2: 61-5-17(d) FLEEING-POLICE OFFICER-OTHER THAN VEHICLE



# Logan County Sheriff's Department
### 300
### Stratton St # 209
### Logan WV, 25601
### 304-792-8590



Case Number: 17-1104-124-002

ORI #: WV0230000

| SUSPECT | | | |
|---|---|---|---|
| **1** | Name - ( Last, First, Middle )<br>FIELDS, JAY JAMES | Occupation: | Social Security # |
| | Address | Phone(s) | Drivers License Info. ( State / # / Class)<br>WV / F111782 |

| | | Hair: | Race: WHITE | Height: 5-04 |
|---|---|---|---|---|
| Age: 35 | D. O. B.: 6/24/1982 | Eyes: BLUE | Sex: M | Weight: 150 |

Suspected Of: 1: 61-5-17(d) FLEEING-POLICE OFFICER-OTHER THAN VEHICLE
2: 61-7-11 WEAPON-BRANDISHING
3: 61-7-7 WEAPON-POSSESSION BY PROHIBITED PERSON
4: 60A-4-401(c) DRUGS-POSS OF CONTROLLED SUBSTANCE




# Logan County Sheriff's Department
300
Stratton St # 209
Logan WV, 25601
304-792-8590

Case Number: 17-1104-124-002

ORI #: WV0230000

| Property | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Role: EVIDENCE** | | | | | | | |
| **Category: DRUG CLASS** | | | | | | | |
| **Type:** | | | | | | | |
| #'s | Article | Brand / Model | Serial #/NIC # | Color | Quantity | Value | |
| 18725141103 | Description: SMALL AMOUNT OF CRYSTAL LIKE SUBSTANCE | | | | 1 DU | $0.00 | |
| Tag # | Location | | | | | | |
| **Role: IMPOUNDED** | | | | | | | |
| **Category: DRUG CLASS** | | | | | | | |
| **Type:** | | | | | | | |
| #'s | Article | Brand / Model | Serial #/NIC # | Color | Quantity | Value | |
| 18725141103 | Description: SMALL AMOUNT OF CRYSTAL LIKE SUBSTANCE | | | | 1 DU | $0.00 | |
| Tag # | Location | | | | | | |



# Logan County Sheriff's Department

300
Stratton St # 209
Logan WV, 25601
304-792-8590

Case Number: 17-1104-124-002

ORI #: WV0230000

---

## Narrative(s)

Assigned: 11/4/2017 19:28                    to officer: LILLY, ZACHARY T
Approved: 1/5/2018 09:27                      by: MAYES, MICHAEL ANDREW

On November 03, 2017 I responded to a call at Greenville for a suspicious male and female who possibly were in possession of a controlled substance. Upon my arrival I made contact with the defendant Jay Fields and his girlfriend Kami Walls in front of the Man Fire Department adjacent to Man High School. I asked them both to step back toward my vehicle in which Ms. Walls complied and Mr. Fields did not, when I asked him a second time he began to run back toward the fire department. I gave him Verbal Commands to stop and, I was able to grab his jacket but it came off. When the jacket came off, he produced a firearm in which I drew my weapon and gave him verbal commands to stop and drop the weapon. Mr. Fields threw the gun down around where my patrol car was sitting and continued to run. I continued to pursue and I drew my taser. I gave Mr. Fields taser commands, which he refused to comply as well and I deployed one taser cartridge which was infective. He continued to run and jumped in the river, and i proceeded back to my patrol car to let Logan 911 know that I was in a foot pursuit, and continued to the other side of the river where I lost sight of him. After learning the defendants name and running a criminal history through Logan 911, Mr. Fields came back as a convicted felon. Upon searching the jacket he was wearing a small plastic container was found containing what was believed to be methamphetamine. I was able to locate the handgun that Mr. Fields brandished toward me as well. The handgun was secured and placed into evidence along with the other items that were recovered. The firearm was ran by Logan 911 and came back as no record. A warrant was issued and Mr. Fields was located by State Police and arrested on February 14, 2018. All Acts occurred in Logan County West Virginia.



# Logan County Sheriff's Department

300
Stratton St # 209
Logan WV, 25601
304-792-8590

Case Number: 17-1104-124-002

ORI #: WV0230000

| Additional | LINKED DOCUMENTS |
|---|---|

| Description: | Criminal Complaint-History-Witness Statement-J Fields | Filename/URL: | R:\Z. T. Lilly\Criminal Complaint-History-Witness Statement- |
|---|---|---|---|
| Description: | Property Disposition Report-J Fields | Filename/URL: | R:\Z. T. Lilly\Property Disposition Report-J Fields.pdf |




# Logan County Sheriff's Department

300
Stratton St # 209
Logan WV, 25601
304-792-8590

ORI #: WV0230000

To protect confidential personal information of any witness or victim in this report, this printed document including, but not limited to, an address, telephone number, driver's license or Identification Card number, social security number, date of birth, etc..., is to be destroyed when valueless.

| VICTIM |
|---|

1.
Organization Name
**STATE OF WV**

Address
**300 STRATTON STREET**
**ROOM 103**
**LOGAN, WV 25601**

Phone
**BUSINESS: 1-(304) 792-8590**

2.
Officer Name - ( Last, First, Middle ) [ Rank ]
**LILLY , MR ZACHARY T**

Occupation
**OFFICER**

Employer Name

# INTERVIEW & MIRANDA RIGHTS FORM

Location: _Logan Co Fire Dept St 200_     Date: _Nov. 3, 2017_

## INTERVIEWEE'S INFORMATION

_Vani D Wolfe_   ▓▓▓ _Slaughter Rd. Gilbert, WV_   _(304)664.0268_
**INTERVIEWEE'S NAME**          **ADDRESS**                    **TELEPHONE NUMBER**

DOB: ▓▓▓▓ RACE: _W_ SEX: _F_ HEIGHT: ____ WEIGHT: ____ HAIR: ____ EYES: ____
SOCIAL SECURITY NUMBER: ▓▓▓

X _LW_  Can you read English? _✓_ Yes ___ No  Do you understand English? _✓_ Yes ___ No
**INITIALS**

### PRE-INTERVIEW

_LW_  You are under arrest for the crime of _____.
**INITIALS**

X _LW_  You are being questioned in regard to the crime of _Transferring Firearm to known felon_
**INITIALS**

X _LW_  You are **not** under arrest and are free to leave at any time.
**INITIALS**

### YOUR RIGHTS

X _LW_  Before we ask you any questions, you must understand your rights.
**INITIALS**

X _LW_  You have the right to remain silent.
**INITIALS**

Y _LW_  Anything you say can be used against you in court.
**INITIALS**

X _LW_  You have the right to talk to a lawyer for advice before we ask you any questions
**INITIALS**  and to have him/her with you during questioning.

X _LW_  If you are under arrest and cannot afford a lawyer, the court will appoint one for you
**INITIALS**  before any questioning at your request.

Y _LW_  If you decide to answer questions now without a lawyer present, you will still have
**INITIALS**  the right to stop answering at any time. You also have the right to stop answering at
any time until you talk to a lawyer.

## WAIVER OF YOUR RIGHTS

I have had this statement of my rights read to me and I understand them. I do not want a
lawyer at this time. I understant and know what I am doing. No promises or threats have been
made to me and no pressure or coercion of any kind has been used against me in connection
with this interview. I agree to be interviewed, answer questions, and make a statement.

_[signature]_          _11/03/17_     _1601_
**INTERVIEWEE'S SIGNATURE**          **DATE**        **TIME**

_Lt BD Orr_
**WITNESS**                    **WITNESS**

CRITICAL

# LOGAN COUNTY SHERIFF'S DEPARTMENT
## INVESTIGATION STATEMENT FORM

| INCIDENT NUMBER: | DATE TAKEN: 11/03/17 | TIME STARTED: 1603 | TIME COMPLETED: 1647 | THIS IS PAGE NUMBER: 1 | OF STATEMENT CONSISTING OF 2 TOTAL PAGES |
|---|---|---|---|---|---|

## STATEMENT INFORMATION

NAME: Kam. Denise Walls RACE: W SEX: F DATE OF BIRTH: 06/15/89
AGE: 28 SOCIAL SECURITY NO: ~~████~~ TELEPHONE: (304)644-9268
ADDRESS: ██ Slabtown Rd. CITY: Arbova STATE: WV ZIP CODE: 25621

I, Kam. Denise Walls , am giving the following voluntary statement to Lt B.D Cobb ,
a deputy sheriff. No threats or promises have been made to me, and I understand that this statement can be used
as evidence in a Court of Law. My statement is being given as a result of my being a:

☐ VICTIM ☐ WITNESS ☐ SUSPECT ☐ DRIVER ☐ PASSENGER ☐ PASSENGER ☐ PEDESTRIAN

About a month or so ago, I told my boyfriend, Jay Fields, that I
wanted a gun for protection. On Tuesday of this week, he came home with
a black .45 cal pistol. It was a surprise. It only came with one bullet
I looked at it. He asked if I liked it. I told him I did. He said that
we would keep it. He said he paid $50.00 or $75.00 for it. We weren't able
to leave it at home because we didn't want it to be stolen. I had been
packing it because Jay is a convicted felon. Last night we went to spend
the night with our friend, Dink. He lives in Greenville. We left our house
at Slabtown at around 6:00pm. Jay's sister, April Hendricks, gave us a ride.
I had the gun in my purse. It stayed in my purse all night. Jay and
Dink left at some point but I don't know what time. It was after dark.
I smoked some weed and used a suboxone strip at around 11:30 pm and went
to bed. They were still gone. I woke up around noon today and they were back
home. Right when I woke up, I took the dog for a walk. I was gone 30
to 45 min. I went back to Dink's and called Jay's mom to come get us.
She said she'd be there around 4:30-5:00 pm, after Jay's son got off the
school bus. My purse was full. I tried to put the gun in the back of
my pants because we wanted to walk to Hardees. The gun fell out of my
waistband and hit the floor. I picked it up. Jay said he would hold the
gun until we could get situated and get it back in my purse. While walking
out of Greenville I handed the gun to Jay. I didn't pay attention to where
he put it. We kept walking towards Hardees. A deputy was coming from the
opposite direction and pulled up on us beside the little league field while the

I have read the above statement consisting of 2 pages, written in ☐ pencil ☑ ink, and I certify it to be true and
correct to the best of my knowledge.
SIGNED: _[signature]_ TIME SIGNED: 1647 WITNESS: Lt. B.D Cobb
LCSD 140 4/07

(USE ADDITIONAL STATEMENT FORMS IF NEEDED)

████████████

# LOGAN COUNTY SHERIFF'S DEPARTMENT
## INVESTIGATION STATEMENT FORM

| INCIDENT NUMBER: | DATE TAKEN: | TIME STARTED: | TIME COMPLETED: | THIS IS PAGE NUMBER: 2 | OF STATEMENT CONSISTING OF 2 TOTAL PAGES |
|---|---|---|---|---|---|

## STATEMENT INFORMATION

NAME:_____ RACE:_____ SEX:_____ DATE OF BIRTH:_____
AGE:_____ SOCIAL SECURITY NO:_____/_____/_____ TELEPHONE:_____
ADDRESS:_____ CITY:_____ STATE:_____ ZIP CODE:_____

I,_____, am giving the following voluntary statement to _____,
a deputy sheriff. No threats or promises have been made to me, and I understand that this statement can be used
as evidence in a Court of Law. My statement is being given as a result of my being a:

☐ VICTIM ☐ WITNESS ☐ SUSPECT ☐ DRIVER ☐ PASSENGER ☐ PASSENGER ☐ PEDESTRIAN

deputy was pulling up, Jay told me not to run. The deputy got out. He asked Jay what his name was. Jay took off running. The deputy chased him. I didn't move. Jay came running around the fire department. The deputy was behind him. The deputy said to drop the gun or he'd shoot him. Jay dropped the gun by the fence and kept running. The deputy kept chasing him. The deputy told me not to move. I didn't. (A few minutes later the deputy came back.

Q: Did you or Jay buy anymore ammo for the gun?
A: No, It just had the one bullet

Q: Did you see any drugs in Dink's house?
A: No, I didn't see any, but I didn't plunder.

Q: Do you have any idea where Jay could be?
A: Honestly, I have no idea

I have read the above statement consisting of __2__ pages, written in ☐ pencil ☐ ink, and I certify it to be true and
correct to the best of my knowledge.
SIGNED:_____ TIME SIGNED: 1417 WITNESS: _____
LCSD 140 4/07

(USE ADDITIONAL STATEMENT FORMS IF NEEDED)