# WITNESS LIST

**UNITED STATES OF AMERICA**

v.  Criminal No. 2:18-00215

**JAY JAMES FIELDS**

| Presiding Judge: | Plaintiff Attorney(s): | Defendant Attorney(s): |
| --- | --- | --- |
| David A. Faber | Christopher Arthur | Andrew Katz |
| **Proceeding Date(s):** | **Court Reporter:** | **Courtroom Deputy:** |
| 3/5/2019 | Ayme Cochran | Cynthia Lilly |

| Date | Pltf No. | Witness | Date | Deft No. | Witness |
| --- | --- | --- | --- | --- | --- |
| 3/5/2019 | 1 | Jamie Eugene Sparks | | | |
| 3/5/2019 | 2 | Joseph Wayne Wimmer | | | |
| 3/5/2019 | 3 | Zachary Lilly | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |