# EXHIBIT LIST

**UNITED STATES OF AMERICA**

**v.**                                   **Criminal No. 2:18-00215**

**JAY JAMES FIELDS**

| Presiding Judge: | Plaintiff Attorney(s): | Defendant Attorney(s): |
|---|---|---|
| David A. Faber | Christopher Arthur | Andrew Katz |
| **Proceeding Date(s):** | **Court Reporter:** | **Courtroom Deputy:** |
| 3/5/2019 | Ayme Cochran | Cynthia Lilly |

| Pltf No. | Deft No. | Date Identified | Date Admitted | Description | Location* |
|---|---|---|---|---|---|
| 1 | | 3/5/2019 | 3/5/2019 | Disc | Clerk |
| 2 | | 3/5/2019 | 3/5/2019 | Disc | Clerk |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**\*Location options: Clerk; U.S. Atty; U.S. Marshal; Gov=t Atty; Pl Atty, Def Atty; agency**