

United States v. Jay Fields
Criminal No. 2:18-cr-00215

GOVERNMENT
EXHIBIT

CASE
NO. 2:18-00215

EXHIBIT 1

911 CALLS

3-5-19
JES